1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   EFRAIN PEREZ-PEREZ,                    | Case No. CV 23-9473 ODW (PVC)

12                    Petitioner,

13        V.                                  **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

14   J. DOERER, Warden,[1]

15                    Respondent.

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

19   and files herein, and the Report and Recommendation of the United States Magistrate

20   Judge.  The time for filing Objections to the Report and Recommendation has passed and

21

22

23   _____

     [1] J. Doerer, Warden of Federal Correctional Institution II, in Victorville, California,
24   where Petitioner was in custody when he filed his Petition, is substituted as the proper
     Respondent.  *See* Fed. R. Civ. P. 25(d).

25      Pursuant to the Bureau of Prisons' Inmate Locator website, see www.bop.gov,
     Petitioner is now housed at FCI Safford.  The Clerk shall mail a copy of this Order and the
26   Judgment to Petitioner at his address of record along with a copy to Petitioner's attention
     at: FCI Safford, Federal Correctional Institution, P.O. Box 9000, Safford, AZ 85548.
27   Petitioner is reminded of his responsibility to keep the Court informed of his current
     address.  *See* Local Rule 41-6.
28

1    no Objections have been received.  Accordingly, the Court accepts and adopts the

2    findings, conclusions, and recommendations of the Magistrate Judge.

3

4        IT IS ORDERED that the Petition is DENIED, and Judgment shall be entered

5    dismissing this action with prejudice.

6

7        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

8    Judgment herein on Petitioner at his current address of record and on counsel for

9    Respondent.

10

11        LET JUDGMENT BE ENTERED ACCORDINGLY.

12

13    DATED:  October 22, 2024

14    _____

15    OTIS D. WRIGHT II
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28