JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN PEREZ-PEREZ, | Case No. CV 23-9473 ODW (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. DOERER, Warden,[1] | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 22, 2024

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

[1] J. Doerer, Warden of Federal Correctional Institution II, in Victorville, California, where Petitioner was in custody when he filed his Petition, is substituted as the proper Respondent. *See* Fed. R. Civ. P. 25(d).